UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:21mj03619 Becerra

UNITED STATES OF AMERICA

vs.

JOSE HIDALGO MEZA,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   __Yes  _X_No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   __Yes  _X_No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   __Yes  _X_No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By:   */s/ Karla Albite*
      KARLA ALBITE
      Assistant United States Attorney
      Federal Bar No.: A5502593
      99 N.E. 4th Street
      Miami, Florida 33132
      E-mail: Karla.Albite@usdoj.gov
      Telephone: (305) 961-9268
      Fax: (305) 536-4699

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America <br> v. <br> JOSE HIDALGO MEZA, <br> *Defendant(s)* | ) ) ) ) ) ) ) Case No. 1:21mj03619 Becerra |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 16, 2021__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951(a) | Conspiracy to Commit Hobbs Act Robbery |
| 18 U.S.C. § 1951(a) | Hobbs Act Robbery |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

*Complainant's signature*

Elli Bray, FBI Special Agent
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by __Telephone__

Date: 08/17/2021

*Judge's signature*

City and state: Miami, Florida

Honorable Jacqueline Becerra, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Elli Bray, being duly sworn, hereby state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and have been so employed since September 2012. I am currently assigned to the Violent Crimes and Fugitive Task Force in the Miami Division. From 2012 to 2018, I was assigned to the Child Exploitation task force in the Miami Division. I have also received training at the FBI Academy in Quantico, Virginia. As a Special Agent for the FBI, I am familiar with investigations of a variety of federal offenses, including bank robberies, Hobbs Act robberies, extortion, and other violations of federal law.

2. I am an "investigative or law enforcement officer" within the meaning of 18 U.S.C. § 2510(7), and am empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 18 of the United States Code.

3. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging JOSE HIDALGO MEZA ("MEZA") with Hobbs Act robbery and conspiracy to commit Hobbs Act robbery, in violation of Title 18, United States Code, Sections 1951(a) and 2.

4. The facts set forth in this Affidavit are based on my personal knowledge as well as documents provided to me in my official capacity, information obtained from other individuals, including officers and witnesses, my review of documents and records related to this investigation, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information contained in this Affidavit is true and correct to the best of my knowledge and belief.

5. Because this Affidavit is solely for the purpose of establishing probable cause, it does not contain all of the information known about this investigation. Rather, I have included only the facts that I believe are necessary to establish probable cause for the proposed complaint.

## PROBABLE CAUSE

6. On or about August 16, 2021, at approximately 10:35 a.m., an individual, hereinafter referred to as the Victim, was operating an unmarked commercial Sprinter Van conducting cash pick-ups for GardaWorld Corporation ("GardaWorld"). GardaWorld is an armed cash logistics company that transports currency between businesses and banking institutions as designated by the customer. GardaWorld operates in interstate and foreign commerce. The Victim parked the Sprinter Van outside of DD's Discount, a commercial clothing store and customer of GardaWorld, located at a shopping plaza at 7900 NW 27th Avenue, Miami, Florida 33147.

7. The Victim locked the Sprinter Van and entered DD's Discount to pick up a scheduled deposit. Upon entering the store, the Victim was informed by the management of DD's Discount that the scheduled deposit was not available for pick up at that time. The Victim reported being in the store about three to six minutes before exiting to return to the Sprinter Van. Upon exiting the store, the Victim observed that the rear compartment of the Sprinter Van was open. The Victim also reported seeing a large dark-colored SUV (the "Subject Vehicle") parked next to the Sprinter Van. The Victim observed an unknown dark-skinned male, herein referred to as Subject 1, wearing dark-colored clothing that resembled the clothing of a security-type uniform. Subject 1 was no more than ten yards from the Victim. The Victim saw Subject 1 exiting the back of the Sprinter Van and loading bags containing currency into the Subject Vehicle. Subject 1 then jumped into the rear of the Subject Vehicle. Subject 1 looked at the Victim, and gave Victim a "threatening look," which the Victim described in Spanish as "amenazante." The Victim did not

know whether Subject 1 was armed, and he was in fear for his safety. Subject 1 laid in the bed of the Subject Vehicle as it drove away. The Victim then drew a semi-automatic 9mm pistol and fired approximately three shots at the Subject Vehicle as it departed.

8. A law enforcement officer in the shopping plaza near DD's Discount heard the shots fired and observed a dark gray Ford Expedition, Florida Tag HST-U84, later identified as the Subject Vehicle, driving at a high rate of speed out of the plaza with the rear fully opened. The Subject Vehicle had activated Red/Blue Police lights. As the officer drove closer to the Subject Vehicle, he noticed the back passenger-side tire was damaged. The law enforcement officer put out a radio transmission indicating that shots were fired, and provided a description of the vehicle, including that the Subject Vehicle was believed to be impersonating law enforcement. The law enforcement officer attempted to conduct a traffic stop. The Subject Vehicle, however, did not stop and continued to flee, running a red light and making other evasive movements. The Subject Vehicle then drove onto a grass field, located at 8151 NW 27th Avenue, Miami, Florida. There, the law enforcement officer along with other law enforcement attempted a felony traffic stop. Subject 1 exited the Subject Vehicle on the passenger side and fled on foot. The driver remained in the Subject Vehicle and was taken into custody. The driver was later identified as Jose Hidalgo MEZA.

9. Miami-Dade Police arrested MEZA and transported him to the Miami Dade Police Department. Law enforcement attempted to interview MEZA, but he invoked his *Miranda* rights.

10. Law enforcement canvassed the area where Subject 1 was last seen. They discovered a dark-colored shirt and pants matching the description of Subject 1 given by the Victim.

11.     Located in plain view in the rear of the Subject Vehicle were at least two clear bags containing what appeared to be U.S. currency. The clear bags were consistent with what was taken from the Sprinter Van. The Subject Vehicle also had a hole consistent with a bullet projectile entry on the rear passenger side, and the back passenger-side tire was flat.

12.     GardaWorld conducted an audit of the remaining contents of the Sprinter Van and determined that there was a loss of $491,521.58. The Subject Vehicle was sealed and towed to the FBI Miami Field Office, in Miramar, Florida. It will be searched pursuant to a search warrant.

## CONCLUSION

13.     Based on the information provided above, I respectfully submit that there is probable cause to believe that on or about August 16, 2021, Jose Hidalgo MEZA committed the offenses of Hobbs Act robbery and conspiracy to commit Hobbs Act robbery, in violation of Title 18, United States Code, Sections 1951(a) and 2.

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
Elli Bray, Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the
requirements of Fed. R. Crim. P. 4.1 by Telephone
this _17_ day of August 2021.

_____
HONORABLE JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE