# UNITED STATES OF AMERICA
## SOUTHERN DISTRICT OF FLORIDA
### MINUTES - SENTENCING

Case No. 21-20454-CR-KING  Date: May 19, 2022  Judge James Lawrence King
Defendant: **Jose Hildago Meza**  Defense counsel: Steven E. Amster, Esq.
AUSA: Karla Albite  U.S. Probation: Lakiesha Brantley

**JUDGMENT AND SENTENCE**

|  | YEARS | MONTHS | DAYS | TIME SERVED |
|---|---|---|---|---|
| Count I | | 30 | | |

( ) Defendant given credit for time served
( ) CONCURRENT each count ( ) CONSECUTIVE
(**X**) Assessment $ 100.00
( ) Fine: (**X**) none imposed  -0-
( ) The court orders restitution
(**X**) Count remaining dismissed _____
( ) Forfeiture Entered

**(X) SUPERVISED RELEASE**
**( ) PROBATION**

|  | YEARS |
|---|---|
| Counts I | 2 |

(**X**) If deported, the defendant shall not re-enter the U.S. without permission of Attorney General
( ) Home confinement for a period of
( ) CONCURRENT each count ( ) CONSECUTIVE ( ) Employment and Self Employment Restriction
( ) Substance Abuse Treatment  (**X**) Financial Disclosure  (**X**) Permissible Search ( ) Mental Health Treatment  ( ) IRS Cooperation ( ) Related Concerns Restrictions (**X**) Unpaid fines, restitution, and any other fines  ( ) Return Passport to Defendant or his Counsel (**)** No new Debt Restriction ( ) Credit Card Restriction

**CUSTODY**
(**X**) The defendant remanded to custody of the U.S. Marshal
( ) Defendant released on bond pending appeal
( ) The defendant shall surrender for service of sentence on:
(**X**) The court recommends:  South Florida Facility or as close to South Florida as possible
(**X**) The court recommends participation in a BOP drug/alcohol treatment program during term of incarceration.     ***RIGHT TO AN APPEAL GIVEN OPEN COURT***

- The Court Adopts and Affirm the Report & Recommendation for the Plea of Guilty as to Count 1
- The Court hereby Adjudicates the defendant as to Count 1

Courtroom Deputy: Joyce M. Saunders
Court Reporter: Gizelle Baan-Proulx